IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dees, Lester

Printed: 4/8/08

Case Number:  07 B 05816
Judge:  Wedoff, Eugene R

Filed:  4/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,098.00 |  |
| Secured: |  | 1,730.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 167.29 |
| Other Funds: |  | 0.00 |
| Totals: | 3,098.00 | 3,098.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 1,200.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 24,888.75 | 1,528.83 |
| 4. | Wells Fargo Home Mortgage | Secured | 25,049.53 | 201.88 |
| 5. | Sprint Nextel | Unsecured | 124.86 | 0.00 |
| 6. | Oliphant Financial Corporation | Unsecured | 3.72 | 0.00 |
| 7. | NCO Financial Systems | Unsecured | 31.00 | 0.00 |
| 8. | Long Beach Acceptance Corp | Unsecured | 629.91 | 0.00 |
| 9. | Pierce & Associates | Unsecured |  | No Claim Filed |
| 10. | Duvera Collections | Unsecured |  | No Claim Filed |
| 11. | Conserve F S | Unsecured |  | No Claim Filed |
| 12. | Sage Telecon | Unsecured |  | No Claim Filed |
| 13. | Shindler & Associates | Unsecured |  | No Claim Filed |
| 14. | Synergy Bank | Unsecured |  | No Claim Filed |
| 15. | University of Illinois | Unsecured |  | No Claim Filed |
| 16. | The Bureaus | Unsecured |  | No Claim Filed |
| 17. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 51,927.77 | $ 2,930.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 167.29 |
|  | _____ |
|  | $ 167.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dees, Lester | Case Number:  07 B 05816 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  4/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

